IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA M. YODER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MACMAIN LAW GROUP, LLC | : | NO. 16-5221 |
| MR. DAVID MACMAIN | : | |

## ORDER

AND NOW, this 28TH day of October, 2016, upon consideration of plaintiff's motion for leave to proceed *in forma pauperis* and her complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED as legally frivolous for the reasons stated in the Court's Memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

JEFFREY L. SCHMEHL, J.